## Commonwealth ex rel. Robson, Appellant, *v.* Russell.

Submitted September 13, 1965. *David R. Robson,* appellant, in propria persona; *John K. Reilly, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Smythe, Appellant, *v.* Rundle.

Submitted September 13, 1965. *Charles Smythe,* appellant, in propria persona; *Gordon Gelfond* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Spence, Appellant, *v.* Myers.

Submitted September 13, 1965. *Johnny Spence,* appellant, in propria persona; *William G. Klenk, II,* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.